UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

YOUSEF ELAMRI KADMIRI,

Plaintiff,

v.

CITY OF HENDERSON, et al.,

Defendants.

Case No. 2:26-cv-00436-GMN-EJY

Consolidated with:
Case No. 2:26-cv-00440-JAD-BNW
Case No. 2:26-cv-00656-GMN-DJA
Case No. 2:26-cv-00658-RFB-BNW
Case No. 2:26- cv-00659-APG-MDC

**ORDER**

Pending before the Court is Plaintiff's Application to Proceed *in forma pauperis*. ECF No. 1. A review of that Application demonstrates Plaintiff has "other sources" of income which he does not disclose. Plaintiff does not explain how he manages to live and pay the other expenses of daily life that he must. *Id*.

"To satisfy the requirements of 28 U.S.C. § 1915, an applicant must demonstrate that because of poverty, they cannot meet court costs and still provide themselves, and any dependents, with the necessities of life." *Soldani v. Comm'r of Soc. Sec.*, Case No. 1:19-cv-00040-JLT, 2019 WL 2160380, at *1 (E.D. Cal. Jan. 31, 2019). While an applicant need not be absolutely destitute to qualify for a waiver of costs and fees, the applicant must demonstrate an inability to pay those costs while still providing for the necessities of life. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948). Courts are to consider income in the context of overall expenses and other factors, including savings and debts. *See, e.g., Boulas v. United Staes Postal Service*, Case No. 1:18-cv-01163-LJO-BAM, 2018 WL 6615075, at *1 n.1 (E.D. Cal. Nov. 1, 2018) (denying in forma pauperis where income exceeded expenses); *Lintz v. Donahoe*, Case No. 2:14-cv-0224-JAM-DAD, 2014 WL 1338782, at *1 (E.D. Cal. Apr. 2, 2014) (recommending denial of in forma pauperis status where plaintiff had $3,000 in savings even though expenses exceeded income).

Here, the Court has insufficient information regarding Plaintiff's "other sources" of income to determine whether he is unable to meet the necessities of life and pay the $405 filing fee applicable to his consolidated case.

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that Plaintiff **must** file a complete Application providing a full description of his income sources so that the Court may determine if *in forma pauperis* status is properly granted. The completed Application seeking *in forma pauperis* status **must** be filed no later than the due date for Plaintiff's consolidated complaint.

Dated this 20th day of March, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2