UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

YOUSEF ELAMRI KADMIRI,

Plaintiff,

v.

CITY OF HENDERSON, et al.,

Defendants.

Case No. 2:26-cv-00436-GMN-EJY

Consolidated with:

Case No. 2:26-cv-00257-MMD-DJA
Case No. 2:26-cv-00440-JAD-BNW
Case No. 2:26-cv-00656-GMN-DJA
Case No. 2:26-cv-00658-RFB-BNW
Case No. 2:26-cv-00659-APG-MDC
Case No. 2:26-cv-00718-GMN-DJA
Case No. 2:26-cv-00789-JAD-DJA
Case No. 2:26-cv-00790-ART-BNW
Case No. 2:26-cv-00815-ARG-EJY
Case No. 2:26-cv-00817-MMD-BNW

**ORDER**

This case commenced on February 16, 2026 with the filing of Plaintiff's incomplete *in forma pauperis* ("IFP") application and Civil Rights Complaint. ECF Nos. 1, 1-1. On March 19, 2026, the Court entered an Order consolidating Plaintiff's then pending, subsequently filed cases—Case Nos. 2:26-cv-00440-JAD-BNW, 2:26-cv-00656-GMN-DJA, 2:26-cv-00658-RFB-BNW, and 2:26-cv-00659-APG-MDC—into 2:26-cv-00436-GMN-EJY. ECF No. 3. The March 19th Court Order further required Plaintiff to file a single Amended Complaint consolidating all of his claims against all of the Defendants 21 days after he paid the filing fee or filed an IFP application that was granted. *Id.*

On March 20, 2026, the Court entered an Order requiring Plaintiff to file a complete IFP application providing a full description of his income sources that would allow the Court to determine if *in forma pauperis* status could be granted. ECF No. 4. Also on March 20, the Court consolidated Case Nos. 2:26-cv-00815-APG-EJY, 2:26-cv-00718-GMN-DJA, 2:26-cv-00790-ART-BNW, and 2:26-cv-00817-MMD-BNW into the instant matter. ECF Nos. 5, 6.

As of today's date, April 28, 2026, there has been no communication received from Plaintiff. Plaintiff has not filed an updated IFP application; nor has he paid the filing fee. Plaintiff also has not filed a consolidated complaint.

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff **must** file a complete *IFP* application and consolidated complaint no later than **May 15, 2026**. Failure to do so will result in a recommendation that this consolidated matter be dismissed without prejudice, but also without leave to amend.

Dated this 28th day of April, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE